April 13, 1984.

474 A.2d 647

Brigham v. Brigham, Appellant.

Argued November 1, 1983. Ira H. Weinstock, for appellant; John R. Gailey, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order of the lower court is affirmed.